**Opinion filed August 31, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00168-CR

_____

## SHAWN RAY BLOUNT, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-36,942**

## M E M O R A N D U M   O P I N I O N

Shawn Ray Blount has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.

August 31, 2011                                                        PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.